UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

                Plaintiff,

v.

L.J. HOME HEALTH SERVICES, INC., and
L.J. HOME HEALTH SYSTEMS, INC.,

                Defendants.

No. 99-CV-816 PAM/JGL

**JUDGMENT**

---

This matter is before the Court, by agreement of the parties, for entry of final judgment. The Court hereby finds, as stipulated by the parties:

1. The Complaint in this action, brought by the Equal Employment Opportunity Commission ("EEOC") on May 26, 1999, alleged claims of religious discrimination in violation of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §2000e-5 *et seq.* Specifically, the Complaint alleged that Jessie Price and Hassanatu Kamara were required by Defendants to attend daily prayer sessions in violation of their religious beliefs, and terminated when they objected and stopped attending the sessions.

2. L.J. Home Health Services, Inc. and L.J. Home Health Systems, Inc. ("Defendants") denied and continue to deny the allegations of the Complaint.

3. Defendants' Motion for Summary Judgment was denied on September 1, 2000.

FILED  MAY 24 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD_____
DEPUTY CLERK_____

4. Defendants expect to cease operation. They do not have resources available to pay any monetary judgment which might be entered in this action.

Accordingly, and by agreement of the parties, **IT IS HEREBY ORDERED AND DECREED** that:

1. Judgment is entered in favor of Plaintiff, EEOC, and against Defendants.

2. No monetary relief or costs shall be ordered pursuant to this Judgment.

3. For as long as Defendants remain in operation, and at any time during which Defendants resume operations during the three year period from the date of this judgment, Defendants shall not require any employee to participate in any prayer and shall not take any adverse action against any employee who declines to participate in any voluntary prayer session.

4. Defendants shall provide written notice within ten days of their ceasing operations to EEOC. Defendants shall provide EEOC with ten days written notice prior to resuming operation at any time during the three years from the date of this Order.

Dated: May 23, 2001

Paul A. Magnuson
Chief Judge
United States District Court

2